**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NIKIFOROS P. KALFOUNTZOS, | No. 11-15402 |
| Plaintiff - Appellant, | D.C. No. 2:10-cv-02734-JAM-EFB |
| v. | |
| SACRAMENTO COUNTY SUPERIOR COURT; CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM, Calpers, | MEMORANDUM* |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
John A. Mendez, District Judge, Presiding

Submitted February 28, 2012**

Before:    LEAVY, THOMAS, and CHRISTEN, Circuit Judges.

Nikiforos P. Kalfountzos appeals pro se from the district court's judgment

dismissing his action challenging the California Public Employees' Retirement

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

System's denial of his application for retirement benefits. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Noel v. Hall*, 341 F.3d 1148, 1154 (9th Cir. 2003)); *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (order) (dismissal under 28 U.S.C. § 1915(e)(2)). We affirm.

The district court properly dismissed Kalfountzos's action sua sponte as barred by the *Rooker-Feldman* doctrine because the action is a "forbidden de facto appeal" of a state court judgment and raises constitutional claims that are "inextricably intertwined" with the state court judgment. *Noel*, 341 F.3d at 1158; *see also Elwood v. Drescher*, 456 F.3d 943, 948 (9th Cir. 2006) ("[F]ederal courts must generally address jurisdictional issues first.").

Kalfountzos's remaining contentions are unpersuasive.

**AFFIRMED.**